■ THEODORE WALKER, Plaintiff, v COUNTY OF NASSAU, Defendant and Third-Party Plaintiff-Appellant, et al., Defendants. HENDRICKSON BROTHERS, INC., Third-Party Defendant-Respondent, et al., Third-Party Defendants. [603 NYS2d 765] — Appeal by the third-party plaintiff from an order of the Supreme Court, Nassau County (Levitt, J.), dated June 13, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Levitt at the Supreme Court. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.